United States Courts
Southern District of Texas
FILED

*May 07, 2021*

Nathan Ochsner, Clerk of Court

UNITED STATES OF AMERICA          CRIMINA NO. 26663-479
PLAINTIFF (s)


MOTION FOR HARDSHIP CREDIT FOR HARD TIME SERVED
NOW COMES DEFENDANT Marquez-Vega Rosa A.
RESPECTFULLY MOVING SAID COURT IN THE SOUTHERN
DISTRICT OF TX WITH A MOTION FOR HARDSHIP FOR
HARD TIME SERVED REQUESTING THE SAID COURT GRANT
TWO DAYS CREDIT FOR ONE DAY SERVED

### INTRODUCTION

THE DEFENDANT BEIG INCARLERATED AN ESTIMATED
"375" DAYS IN FCI ALICEVILLE LOCATED IN ALICEVILLE
ALABAMA IS CONCIDERED UNDER THE CONSTITUTIONAL
RIGHTS FOR PRISIONERS A HARD TIME DETENTION -
FACILTY INVOKIN SEVERAL PROTECTIONS UNDER THE
FOURTHEEN AND FIFTH ARMENDMENTS OF THE UNITED
STATES CONSTITUTION.
THERE ARE SEVERAL FACTORS TO CONSIDER FOR THIS
MOTION THAT ARE PRESENT AT FCI ALICEVILLE THAT
CAN FURTHEL PROTECTIONS UNDER THE FOURTHEEN
AND FIFTH ARMENDMENTS WARRANT THE TWO DAYS
CREDIT FOR ONE DAY SERVERED BY FEDERAL INMATE(s)

AT AUCH FACILITY.

1. FCI ALICEVILLE is CURRENTLY OPERATING'S COMMUNAL SEGREGATION JAIL LIMITED LIBERTY INTEREST AFFORDED TO THE INMATES IN GENERAL POPULATION.

2. THE ACCESS TO RECREATIONAL SERVICES IS LIMITED TO ONLY THREE TIMES OR LESS FOR WEEK. AT TIMES SEVERAL DAYS CAN PASS WITHOUT ANY RECREATION AT ALL, MAKING THE FACILITY INTOLERABLE

3. DIETARY NEEDS OF INMATES IS BELOW FEDERAL PRISON STANDARDS AND " MEALS" CAB BE CONSIDERED " GRUEL". INMATES ARE HAVING TO USE OTHERWISE LIKE BROWN WATER DUE TO LONG LOCKDOWN HOURS WHICH IS TOLERABLE FOR ONE TO TWO DAYS BUT CRUEL AND UNUSUAL UNDER THE FOURTHEEN AND FTFTH AMENDMENT BEYOND THATH.

4. THE LACK OF MOVEMENT WHERE AN INMATES WHO IS NOT IN PROTECTION SEGREGATION, IJOLATED SEGREGATION, AOMINISTRATICE JEGREGATION OR OTHERWISE DISCIPLINARY SEGREGATION IS

SUBJECTED TO THE AFOREMENTIONED TREATMENT CREATING A CONDITION OF DISPROPORTIONATE PUNISHMENT TO OFFENSE.

5. THE TIME AN INMATE IN GENERAL POPULATION SPENDS IN HIS O HER CELL CAN AT TIMES BE AN EXCESS OF 22 HOURS "IN" A SINGLE DAY PERIOD WHICH CAN AMOUNT OF SOLITARY CONFINEMENT AND SERIOUS AND SIGNIFICANT DEPRIVATION OF LIBERTY.

6. PERSONA HIGIENE IS SIGNIFICANTLY DEGRADED WHICH DEPENDS ON THE INMATE POPULATION WHICH IS TRANSIENT IN NATURAL TO MAINTAIN THE CLEANLINESS OF THE FACILITY AND COMMON ILLNESS, WHICH ARE EASLY AVOIDABLE, CAN BECOME A PROBLEM THAT THE ALREADY LIMITED MEDICOL STAFF IS UNABLE TO SUPPRESS BEFORE THE ENTIRETY OF THE INMATES IS AFFECTED.

7. MEDICAL CARE IS SCARCE SINCE MARCH 2020, IT CAN TAKE MONTHS TO SEE MEDICAL STAFF INCLUDING DENTAL, MEDICAL AND MENTAL HEALTH DOCTORS AFTER APPLYYING TO SEE THEM DURING

THIS PANDEMIC, BEING CONFINED TO YOUR CELL UP TO 22 HOURS OUT OF THE DAY EASLY DEPLETES YOUR MENTAL HEALTH

## CONCLUSION.

FEDERAL COURT WILL PROVIDE RELIEF FOR DEPRVATION OF PRISIONERS CONSTITUTIONAL RIGHT TO BE FREE OF CRUEL AND UNUSUAL PUNISHMENT DURING HIS OR HER "STAY OF CONFINEMENT". WHEN THE CONDITION SUCH AS THE ONE AT FCI ALICEVILLE BECOMES SUCH THAT A PRISIONENS IS DEPRIVED OR PERSONAL HYGIENE OR HIS O HER DIET IS INADEQUATE THE FOURTEENTH AND FIFTH AMENOMENTS ARE VIOLATED IN ADDICTION TO PUNISHMENT THAT IS IMPOSED FOR AN IMPROPER PURPOSE OR DISPROPORTIONATE TO THE OFFENSE CAN VIOLATE A PRISIONENS FIFTH AMENDMENT.

## PRAYER

WHERFOR PREMISE CONSIDER THE DEFENDANT MARQUEZ - VEGA ROSA A. PRAYS THE HONORABLE JUDGE OF SAID COURT IN THE SOUTHERN DISTRICT OF TEXAS GRANT THE HARD SHIP CREDIT FOR HARD SHIP TIME SERVED AND GRANT

DEFENDANT TWO DAYS CREDIT FOR ONE SERVERED FOR THE TIME SHE HAD BEEN LOCKED DOWN IN FCI ALICE VILLE DUE TO COVID-19.

DEFENDANT AFFIRMS THE ABOUE IS TRUE AND COMPLETED TO THE BEST OF HER KNOWLEDGE DATE THIS 30 DAY OF APRIL 2021.

RESPECTFULLY SUBMITED R.A.M.V